# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHARLES JOSEPH REEVIS, also known as BabyRICO

*Plaintiff*

v.

SPOKANE COUNTY DETENTION SERVICES, SPOKANE COUNTY SUPERIOR COURT, and STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES BEHAVIORAL HEALTH ADMINISTRATION EASTERN STATE HOSPTILE,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2021

SEAN F. McAVOY, CLERK

Civil Action No. 2:21-CV-00052-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Action is DISMISSED with prejudice as frivolous, malicious, and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON .

Date: 06/30/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates